JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERTO HERNANDEZ, | CV 20-04937 PA (PVCx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF PICO RIVERA, | |
| Defendant. | |

In accordance with the Court's July 30, 2020 Minute Order dismissing the federal claims of plaintiff Roberto Hernandez ("Plaintiff") against defendant City of Pico Rivera ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's § 1983 claims for violations of the Fifth and Fourteenth Amendment of the United States Constitution are dismissed with prejudice;

2. Judgment shall be entered in favor Defendant and against Plaintiff; and

3. Plaintiff takes nothing, and Defendant is entitled to recover its costs of suit.

DATED: July 30, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE